Document Filed Electronically

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | : | |
| | : | Civil Action No. 13-391-ES-JAD |
| Plaintiff, | : | |
| | : | District Judge Esther Salas |
| v. | : | Magistrate Judge Joseph A. Dickson |
| | : | |
| AMNEAL PHARMACEUTICALS, LLC | : | |
| | : | |
| Defendant.               X | | |
| JAZZ PHARMACEUTICALS, INC., | : | |
| | : | Civil Action No. 13-7884-ES-MAH |
| Plaintiff, | : | |
| | : | District Judge Esther Salas |
| v. | : | Magistrate Judge Michael A. Hammer |
| | : | |
| PAR PHARMACEUTICAL, INC. | : | |
| | : | |
| Defendant.               X | | |

## ORDER ON CONSOLIDATION

THIS MATER having been opened to the Court by counsel for defendant Amneal Pharmaceuticals, LLC in a letter dated April 23, 2014 informally requesting the Court to consolidate the present action *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, LLC*, CA. No. 13-cv-391-ES-JAD with the later filed action *Jazz Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*, CA. No. 13-cv-7884-ES-MAH for all pretrial purposes and trial;

Wherein defendant Par Pharmaceutical, Inc. has also requested consolidation;

Wherein the plaintiff in both actions Jazz Pharmaceuticals, Inc. has agreed not to oppose such consolidation;

Wherein defendant Amneal Pharmaceuticals, LLC and plaintiff Jazz have agreed to request the Court to vacate the Pretrial Scheduling Order entered on November 7, 2013 in the *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, LLC* matter;

Wherein the parties to the *Jazz Pharmaceuticals v. Amneal Pharmaceuticals, Inc.* matter have agreed to present to the Court with Par Pharmaceutical, Inc. a newly proposed scheduling order in the consolidated action;

Wherein, if the cases are consolidated, Amneal has agreed to extend the expiration date of its 30-month stay (presently calculated to be June 10, 2015) so as to coincide with the date that Par's 30-month stay period expires (calculated to be May 20, 2016); and

Wherein, there is presently scheduled a Rule 16 conference in the *Jazz Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.* matter for May 14, 2014, before Magistrate Judge Michael A. Hammer; and for good cause shown, it is,

ORDERED on this 5th day of May, that

1. *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, LLC*, CA. No. 13-cv-391-ES-JAD and *Jazz Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*, CA. No. 13-cv-7884-ES-MAH are and hereby consolidated for all pretrial proceedings and trial;

2. The Pretrial Scheduling Order entered on November 7, 2013, in *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals, LLC*, CA. No. 13-cv-391-ES-JAD is hereby vacated;

3. The expiration of the 30-month stay relating to Amneal's Abbreviated New Drug Application No. 203631 (presently calculated to be June 10, 2015) shall be extended so as to

coincide with the date that Par's 30-month stay period expires relating to Abbreviated New Drug Application No. 205403 (calculated to be May 20, 2016); and

  4. The Initial Scheduling Conference set for May 14, 2014, in *Jazz v. Par Pharmaceutical, Inc.*, CA. No. 13-cv-7884-ES-MAH is adjourned and the Initial Scheduling Conference in the consolidated action will take place on _May 14, 2014 @ 4:00 pm before USMJ Joseph A. Dickson_

**SO ORDERED:**

Dated: _5/5/14_
Newark, New Jersey

             _____
             Joseph A. Dickson
             United States Magistrate Judge