## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC. <br><br> Defendant. | C.A. No. 13-cv-391-ES-JAD <br> (consolidated) |

### ORDER GRANTING PAR PHARMACEUTICAL, INC.'S APPLICATION TO AMEND ITS INVALIDITY CONTENTIONS

**THIS MATTER** having been brought before the Court upon the Application of Defendant Par Pharmaceutical, Inc. ("Par"), by and through its attorneys, for an Order granting Par leave to amend it invalidity contentions pursuant to Local Patent Rule 3.7; and the Court considered the paper submitted in support of Par's application; and the Court having noted that Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") does not object to the amendment requested therein and that Par has already served upon Jazz its proposed amendments to its invalidity contentions; and the Court having further found that the standards of Local Patent Rule 3.7 have been met and support the amendment of Par's invalidity contentions; and the Court having considered oral arguments of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this 20th day of June, 2014,

**ORDERED** that Defendant Par Pharmaceutical, Inc.'s Application, pursuant to Local Patent Rule 3.7, for leave to amend its invalidity contentions is **GRANTED**; and it is further

**ORDERED** that Jazz Pharmaceuticals, Inc. shall serve its infringement contentions and responses to Par Pharmaceutical, Inc.'s Amended Invalidity Contentions, pursuant to Local Patent Rules 3.6(g) and 3.6(i), by July 25, 2014; and it is further

**ORDERED** that Par Pharmaceutical, Inc.'s serving its Amended Invalidity Contentions will have no other impact on the case schedule in Civil Action No. 13-cv-391-ES-JAD.

HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE