| | |
|---|---|
| Sean R. Kelly (skelly@saiber.com) Katherine A. Escanlar (kae@saiber.com) **SAIBER LLC** 18 Columbia Turnpike Suite 200 Florham Park, NJ 07932 (973) 645-4801 | Richard J. Berman (richard.berman@arentfox.com) Janine Carlan (janine.carlan@arentfox.com) Bradford C. Frese (bradford.frese@arentfox.com) Ahmed Abdel-Rahman (ahmed.abdel-rahman@arentfox.com) **ARENT FOX LLP** 1717 K Street NW Washington, DC 20036-5342 (202) 857-6000  *Counsel for Defendant/Counterclaim Plaintiff Par Pharmaceutical, Inc.* |

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., et al.  Plaintiffs,  v.  AMNEAL PHARMACEUTICALS LLC, et al. Defendants. | Civ. No. 2:13-00391-ES-JAD  **MOTION RETURN DATE:** April 18, 2016  *Document Filed Electronically*  (Consolidated with C.A. No. 14-6150-ES-JAD)  Oral Argument Requested |

**TO:** Counsel of Record

**PLEASE TAKE NOTICE** that on April 18, 2016 or as soon thereafter as counsel may be heard, the undersigned attorneys for Par Pharmaceutical, Inc. ("Par") shall move before the Honorable Esther Salas at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey, for entry of an Order, pursuant to Federal Rule of Civil Procedure 12(c), for judgment of non-infringement of U.S. Patent No. 8,772,306 by Par.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Par will rely upon the accompanying brief submitted herewith, the Declaration of Bradford C. Frese (with

1

exhibits), any reply papers in support thereof, and oral argument, which is respectfully requested herein.

A proposed form of Order is also submitted herewith for the Court's consideration.

Respectfully submitted,

**SAIBER LLC**

*Counsel for Defendant/Counterclaim Plaintiff Par Pharmaceutical, Inc.*

Dated:  March 23, 2016                By: s/ Sean R. Kelly
Sean R. Kelly
Katherine A. Escanlar
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 622-3333
Facsimile: (973) 286-2465

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
Ahmed Abdel-Rahman
**ARENT FOX LLP**
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6000

*Counsel for Defendant/Counterclaim Plaintiff Par Pharmaceutical, Inc.*