

**LernerDavid**
INTELLECTUAL PROPERTY LAW

Lerner David Littenberg
Krumholz & Mentlik LLP
600 South Avenue West
Westfield NJ 07090
908 654 5000 main
lernerdavid.com

Paul H. Kochanski
908.518.6314
pkochanski@lernerdavid.com

June 7, 2016

**Document Filed Electronically**

Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC, et al.*
      Civil Action No. 13-cv-391-ES-JAD (consolidated)

Dear Judge Dickson,

    I, along with Maddox Edwards, PLLC, represent Defendant Amneal Pharmaceuticals, LLC ("Amneal") in the above-referenced matter. We write on behalf of all parties to respectfully request a modification to the claim construction phase of the case schedule.

    In light of the Court's recent Order granting Plaintiff's extension to serve its Infringement Contentions and Responses to Defendant's Invalidity Contentions on August 12, 2016 (ECF No. 293), the parties have agreed to modify the claim construction schedule to begin after the Plaintiff has served its Contentions.

    Accordingly, all parties have consented to the following proposed modification to the claim construction phase of the current case schedule (ECF No. 215):

| Event | Current Scheduling Order (ECF No. 215) | Parties' Proposed Revised Schedule |
|---|---|---|
| Parties exchange proposed terms for construction. L. Pat. R. 4.1(a) | June 10, 2016 | August 26, 2016 |
| Parties exchange preliminary proposed constructions and identification of intrinsic and extrinsic evidence. L. Pat. R. 4.2(a)-(b) | July 1, 2016 | September 9, 2016 |

**LernerDavid**
INTELLECTUAL PROPERTY LAW

Honorable Joseph A. Dickson, U.S.M.J.
June 7, 2016
Page 2

| Event | Current Scheduling Order (ECF No. 215) | Parties' Proposed Revised Schedule |
|---|---|---|
| Parties exchange evidence opposing any proposed claim construction. L. Pat. R. 4.2(c) | July 15, 2016 | September 23, 2016 |
| Parties complete fact discovery relating to claim construction. L. Pat. R. 4.4 | August 1, 2016 | October 7, 2016 |
| Parties file their Joint Claim Construction and Prehearing Statement. L. Pat. R. 4.3(a)-(e) | August 3, 2016 | October 10, 1016 |
| Parties file and serve their opening *Markman* submissions. L. Pat. R. 4.5(a) | September 16, 2016 | November 4, 2016 |
| Parties shall complete expert discovery pertaining to *Markman* issues. | October 19, 2016 | December 2, 2016 |
| Parties file and serve their responding *Markman* submissions. | November 2, 2016 | December 16, 2016 |
| Parties shall submit to the Court a proposed schedule for a *Markman* hearing. | November 30, 2016 | December 22, 2016 |
| *Markman* hearing | To be determined | To be determined |

If the Parties' proposed schedule modification meets with Your Honor's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

4566708_1.docx



Honorable Joseph A. Dickson, U.S.M.J.
June 7, 2016
Page 3

We thank the Court for its attention to this matter.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP

PAUL H. KOCHANSKI

PHK/pk
cc: All Counsel of Record (via e-mail)

SO ORDERED:

Joseph A. Dickson, U.S.M.J.  6/8/16

4566708_1.docx