

Charles M. Lizza<br>
Phone: (973) 286-6715<br>
Fax: (973) 286-6815<br>
clizza@saul.com<br>
www.saul.com

December 22, 2016

**VIA ECF & FEDEX**

The Honorable Esther Salas, U.S.D.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2D
50 Walnut Street
Newark, New Jersey 07101

> Re:  *Jazz Pharmaceuticals, Inc., et al. v. Amneal Pharmaceuticals, LLC, et al.*
>      Civil Action No. 13-391 (ES)(JAD) (Consolidated)

Dear Judge Salas:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Richard G. Greco PC, represents plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited (collectively, "Jazz") in the above-captioned action. In accordance with Local Patent Rule 4.6 and the Court's June 8, 2016 Order (D.I. 301), we write on behalf of all parties concerning the scheduling of a *Markman* hearing in this matter.

    The parties have conferred and agree that a hearing would be useful for construction of the asserted claims. The parties anticipate that the Court will be able to complete such a hearing in less than one day and have further agreed that live witness testimony will not be necessary. All counsel are available for a *Markman* hearing the week of February 27 to March 3, 2017. Accordingly, the parties respectfully request that the Court schedule the *Markman* hearing for a day that week that is also convenient for Your Honor. If that week is not convenient for Your Honor, the parties are happy to confer and provide the Court with additional dates when all counsel are available.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
Charles M. Lizza

cc:  All Counsel (via e-mail)