

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

February 24, 2017

**VIA ECF & FEDEX**

The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

    Re:    *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC, et al.*
            Civil Action No. 13-391 (ES)(JAD)

Dear Judge Dickson:

      This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Richard G. Greco PC, represents plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited (collectively, "Jazz") in the above-captioned action. We write on behalf of all parties.

      Jazz and the Defendants have been working diligently to complete fact discovery and resolve numerous disputes without the need for court intervention. Nevertheless, because of the number of parties involved and the remaining outstanding discovery issues, the parties believe that some additional time will be required to complete fact discovery and, ultimately, prepare this case for trial. Accordingly, the parties have agreed, subject to Your Honor's approval, to the following modifications to the current case schedule:

| Event | Original Date | Proposed Revised Date |
|---|---|---|
| Close of Fact Discovery | February 24, 2017 | June 23, 2017 |
| Opening Expert Reports | April 25, 2017 | July 24, 2017 |
| Rebuttal Expert Reports | June 30, 2017 | September 25, 2017 |
| Reply Expert Reports | August 2, 2017 | October 25, 2017 |
| Close of Expert Discovery | October 2, 2017 | December 8, 2017 |
| Dispositive Motions | TBD | TBD |
| Pretrial Submissions | 48 hours before Pretrial Conference | 48 hours before Pretrial Conference |
| Pretrial Conference | TBD | TBD |
| Trial | TBD | TBD |

Hon. Joseph A. Dickson, U.S.M.J.
February 24, 2017
Page 2

As Your Honor can see, the parties' agreed-upon schedule will result in only a two-month overall extension of the schedule, which we believe is reasonable in light of the numerous complex issues involved and the intervening May trial scheduled in the *Roxane* case. If this schedule meets with Your Honor's approval, the parties respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc:   All Counsel (via e-mail)

SO ORDERED:

_____ 2/27/17
Hon. Joseph A. Dickson, U.S.M.J.

The Court clarifies that, in adopting this schedule, it is not adjourning the *Markman* hearing scheduled for April 7, 2017.